# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Cristian Manuel Baruch-Zarate  PRINCIPAL | Case Number: |
| A206 771 905  YOB: 1996 | **M-14-1766-M** |
| Mexico | |

United States District Court
Southern District of Texas
FILED
SEP 0 9 2014
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 8, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Rafael Aroldo Duarte-Cos and Victor Manuel De La Cruz-De La Cruz, citizens and nationals of Guatemala, along with seventeen (17) other undocumented aliens, for a total of nineteen (19), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport by foot said aliens in furtherance of such violation of law within the United States, that is from a location near Hidalgo, Texas to the point of arrest near Hidalgo, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)  FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On September 08, 2014, Border Patrol Agent (BPA) E. Longoria was conducting patrol duties in Hidalgo, Texas near the Rio Grande River. While doing so, BPA Longoria responded to possible alien traffic and encountered a group of 20 subjects. All of the subjects were interviewed and admitted to being illegally present in the United States. All of the subjects were then transported for processing.

At the Border Patrol Station, interviews were conducted and Agents were able to identify Cristian Manuel Baruch-Zarate, as the foot guide for the group. Records also indicated Baruch was previously identified as a foot guide but not prosecuted at that time.

**SEE ATTACHED:**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

_____
Signature of Complainant

**Derek Conrow  Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**September 9, 2014** at **McAllen, Texas**
Date                                                         City and State

**Dorina Ramos**, U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-1766-M

RE:     Cristian Manuel Baruch-Zarate            A206 771 905

## CONTINUATION:

**Principal Statement:**

Cristian Manuel Baruch-Zarate was read his Miranda Rights and did not wish to provide a statement without an attorney present. No questions were asked.

**Material Witness Statements:**

Rafael Aroldo Duarte-Cos claimed to be a citizen of Guatemala and illegally entered into the U.S. Duarte stated his cousin made his smuggling arrangements and was going to pay $5,000 to be smuggled to his destination. Duarte further stated when he arrived at the River, a guide instructed the group to inflate the raft they were going to cross in. After crossing, the guide told them to follow him, to stay in a straight line, and to be on the look-out for the helicopter. He also gave the group directions to run if they were encountered by Border Patrol. The foot guide was taking the group to a main street north of the River where a vehicle was going to pick them up and transport them to a stash house. Duarte identified Cristian Manuel Baruch-Zarate as the group's foot guide and stated he was apprehended with them.

Victor Manuel De La Cruz-De La Cruz claimed to be a citizen of Guatemala and illegally entered into the U.S. De La Cruz stated he paid $3,000 as an advance for his smuggling fee and arranged to pay an additional $4,000 when he arrived to Houston, Texas. De La Cruz stated after staying in a stash house in Mexico, he was ultimately taken to the River to make his illegal entry. After doing so, a foot guide advised them to follow him and do whatever he did. If he ran or laid down, they needed to do the same. De La Cruz added they did not make it to their pick-up location, but the foot guide told them they were going to be picked up by a vehicle once they arrived. De La Cruz identified Cristian Manuel Baruch-Zarate as the group's foot guide.

*Several other subjects in the group identified Cristian Manuel Baruch-Zarate as the group's foot guide.